# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 08-582

**CYNTHIA BRIDGES, SECRETARY OF THE DEPARTMENT OF REVENUE**

**VERSUS**

**BOYD RACING, LLC D/B/A DELTA DOWNS RACE TRACK & CASINO**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2005-6017 C/W
HONORABLE DAVID ALEXANDER RITCHIE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ELIZABETH A. PICKETT**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED.**

**Geneva Landrum**
**Louisiana Department of Revenue & Taxation**
**617 N. Third St**
**Baton Rouge, LA 70802**
**(225) 219-2080**
**Counsel for Defendant-Appellee:**
**Louisiana Deptartment of Revenue and Taxation**

**Benjamin Wakefield Mount**
**Bergstedt & Mount**
**1011 Lakeshore Dr., Ste 200**
**Lake Charles, LA 70601**
**(337) 433-3004**
**Counsel for Plaintiff-Appellant:**
**Boyd Racing, LLC**

Jaye A. Calhoun
Michael H. Rubin
Paul Slocomb West
Juliann Louise Keenan
McGlinchey Stafford, PPLC
1 American Place, 14th Floor
Baton Rouge, LA 70825
(225) 383-9000
Counsel for Plaintiff-Appellant:
Boyd Racing, LLC

Russell Joseph Stutes  Jr.
Stutes & Lavergne, LLC
713 Kirby St.
Lake Charles, LA 70601
(337) 433-0022
Counsel for Defendant-Appellee:
Calcasieu Parish Sales and Use Tax Department
Louisiana Department of Revenue and Taxation

W. Todd Fontenot
Fontenot & Fontenot
713 Kirby Street
Lake Charles, LA 70601
(337) 491-3864
Counsel for Defendant-Appellee:
Calcasieu Parish Sales and Use Tax Department
Louisiana Department of Revenue and Taxation

**PICKETT, Judge.**

For the reasons assigned in *Boyd Racing, LLC v. Fruge*, 08-581 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal are taxed against Boyd Racing, LLC.

**AFFIRMED.**

1